# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MELONI ANNESTA SEY**                                                **PLAINTIFF**

**V.**                  **CASE NO. 1:13CV00022 SWW/BD**

**ARKANSAS DEPARTMENT OF CORRECTION, et al.**        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 25th day of April, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE